# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PACIFIC NATIONAL BANK,**
Appellant,

v.

**CHARTER SCHOOLS USA AT HOLLYWOOD, L.C.** a Florida Limited Liability Company, a/k/a **CHARTER SCHOOLS USA AT HOLLYWOOD, LLC** a/k/a **CHARTER SCHOOLS USA AT HOLLYWOOD, INC.,**
Appellee.

No. 4D21-3060

[December 29, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE 12-35194.

Jeffrey B. Crockett of Coffey Burlington, P.L., Miami, for appellant.

Stephanie Alexander and Lisa MacClugage of Tripp Scott, P.A., Fort Lauderdale, and Thomas Scott of Cole Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***